# UNITED STATES DISTRICT COURT
## for the District of New Jersey [LIVE]
### Trenton, NJ

EMMANUEL BLUM

                              Plaintiff,

v.                                              Case No.: 3:22−cv−00141−MAS−TJB

                                                       Judge Michael A. Shipp

STENGER & STENGER, P.C., et al.

                              Defendant.

### Order For Dismissal Pursuant to Fed.R.Civ.P. 4(m)

It appears that the above captioned action having been pending for more than 90 days and the litigants having failed to effect service during this time and good cause having not been shown as to why this action should not be dismissed,

**IT IS** on this 26th day of April, 2022,

**ORDERED** that the above captioned action be and is hereby dismissed, pursuant to F.R.Civ.P. 4(m), without prejudice and without costs.

                        /s/ Michael A. Shipp
                        _____
                        MICHAEL A. SHIPP United States District Judge