UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| Emmanuel Blum,<br>individually and on behalf of all others similarly situated,<br>    Plaintiff<br><br>vs.<br><br>Stenger & Stenger, P.C.; LVNV Funding LLC.<br>    Defendants | Case No. 3:22-cv-00141-MAS-TJB |

## NOTICE OF DISMISSAL WITH PREJUDICE

**TO THE HONORABLE UNITED STATES DISTRICT COURT:**

Pursuant to Fed. R. Civ. P. 41 Plaintiff hereby stipulates to and gives notice of the dismissal of the above-entitled and numbered action, with prejudice as to Plaintiff and without prejudice as to the unnamed putative class members.

    Respectfully submitted,

    **Stein Saks PLLC**

s/ Raphael Deutsch
By: Raphael Deutsch, Esq.
One University Plaza, Suite 620
Hackensack, NJ 07601
Phone: (201) 282-6500 ext. 121
Fax: (201) 282-6501
rdeutsch@SteinSaksLegal.com

ATTORNEY FOR PLAINTIFF

**So Ordered this 25th day of May, 2022.**
_/s/ M. Shipp_
**Honorable Michael A. Shipp, U.S.D.J.**